UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

D.S.,

Petitioner,

v.

JULIO HERNANDEZ et al.,

Respondents.

CASE NO. 2:26-cv-02308-JNW

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Petitioner D.S. has filed a writ of habeas corpus, Dkt. No. 1. Respondents argue, among other things, that the Court lacks jurisdiction because the Petition does not name Petitioner's immediate custodian, the warden of the facility where he is detained. Dkt. No. 12. Petitioner, in reply, explains that at the time he filed his petition he was being transported from Portland, Oregon, to the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington, and therefore he was not yet in custody of the warden of NWIPC. Dkt. No. 13. But D.S.'s petition challenges his confinement at the NWIPC, so the petition must name the immediate custodian of

that facility. *See Doe v. Garland*, 109 F.4th 1188, 1194–97 (9th Cir. 2024); *Rivera-Trigueros v. Becerra*, 720 F. Supp. 3d 808, 811–813 (N.D. Cal. 2024); *cf. Sarr v. Scott*, 765 F. Supp. 3d 1095 (W.D. Wash. 2025) (moving to substitute "Bruce Scott" the warden of Northwest Immigration Processing Center (NWIPC) as Respondent). Otherwise, the district court lacks jurisdiction over the petition. *Doe*, 109 F.4th at 1197.

Accordingly, Petitioner is ORDERED to file an amended petition naming the proper respondent within THREE (3) days of this ORDER. The amendment may substitute the proper respondent only and relates back to the original petition. Respondents may file an amended return, if any, within THREE (3) days of the Petitioner's Amended Petition.

The habeas petition is re-noted for August 6, 2026, pending substitution.

Dated this 30th day of July, 2026.

Jamal N. Whitehead
United States District Judge